**STATE of Missouri, Respondent,**

v.

**Bobby Donald MCCLURE, Appellant.**

**WD 79620**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 29, 2017

Joshua D. Hawley, Attorney General, and Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Emmett D. Queener, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Victor C. Howard and Alok Ahuja, Judges

### Order

Per Curiam:

Mr. Bobby Donald McClure appeals the Judgment of the Circuit Court of Randolph County, Missouri, finding him guilty, following a jury trial, of attempted statutory sodomy in the first degree and statutory sodomy in the first degree. Because a published opinion would have no precedential value, a memorandum of law has instead been provided to the parties. The judgment is affirmed. Rule 30.25(b).

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Joshua D. Hawley, Attorney General, and Garrick Aplin, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge, Presiding, Lisa White Hardwick and Edward R. Ardini, Jr., Judges